## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

RUBEN COLON

Docket No. 2:21-mj-250-JHR

## MOTION TO SEAL CRIMINAL COMPLAINT AND AFFIDAVIT

The United States of America, by and through its attorneys, respectfully moves this Court to seal the Criminal Complaint, Affidavit of Spencer Christie, and any and all attachments, related documents and docket entries pertaining thereto, in the above-captioned matter.

The public disclosure of the fact that a complaint has been issued could result in the flight of the defendant, destruction of evidence or danger to law enforcement officials who seek to effectuate the defendant's arrest.

The Government requests that the Criminal Complaint, associated Affidavit and any related docket entries be unsealed upon the arrest of the above-named defendant.

Dated:  September 24, 2021

DONALD E. CLARK
Acting United States Attorney

/s/ Sheila W. Sawyer
Sheila W. Sawyer
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME  04101
(207) 780-3257
sheila.sawyer2@usdoj.gov

Motion Granted.

Date and time issued:    3:03 pm, Sep 24 2021

City and state:    Portland, ME

John H. Rich III, U.S. Magistrate Judge
Printed name and title