# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUBEN COLON | Docket No. 2:21-mj-250-JHR |

## CRIMINAL COMPLAINT

I, Spencer Christie, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

## COUNT 1

### (Failure to Register)

Between on about July 9, 2020, and September 21, 2021, within the District of Maine, defendant

**RUBEN COLON,**

an individual required to register and update registration pursuant to the Sex Offender Registration and Notification Act, and who had traveled in interstate commerce, did knowingly fail to register and to update his sex offender registration, all in violation of Title 18, United States Code, Section § 2250(a).

This Complaint is based on those facts which are set forth in my affidavit of September 24, 2021, which is attached hereto and incorporated herein by reference.

Spencer Christie
Deputy U.S. Marshal
United States Marshals Service

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Sep 24 2021

City and state: Portland, ME

John H. Rich III, U.S. Magistrate Judge
*Printed name and title*