# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Magistrate No. 2:21-mj-250-JHR |
| | ) | |
| RUBEN COLON | ) | |

## **MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_\_\_ Crime of violence

    \_\_\_ Maximum sentence life imprisonment or death

    \_\_\_ 10+ year drug offense

    \_\_\_ Felony, with two prior convictions in above categories

    _X_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    _X_ Serious risk defendant will flee

    \_\_\_ Serious risk obstruction of justice

2. Reasons for Detention:

    i. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

        _X_ Defendant's appearance is required

        _X_ Safety of any other person and the community

3. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of up to 3 days.

4. Length of Detention Hearing. The United States will require one hour to present its case for detention.

Date: September 27, 2021

DONALD E. CLARK
ACTING UNITED STATES ATTORNEY

/s/ Sheila W. Sawyer
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
sheila.sawyer@usdoj.gov