UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | )  CRIMINAL NO. 2:21-mj-250-JHR |
| | ) |
| RUBEN COLON | ) |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
### PRELIMINARY EXAMINATION AND DETENTION HEARING

Defendant Ruben Colon, through his counsel Heather Gonzales, Esq., MOVES to continue the Preliminary Examination and Detention Hearing set for September 30, 2021 at 9:00 a.m. As grounds for his Motion, Defendant states:

1. Defendant is charged by Complaint with one count of Failure to Register violation of 18 U.S.C. § 2250(a).

2. Defendant is 67 years old.

3. Defendant's initial appearance was held on September 27, 2021, at which time the Defendant requested a Preliminary Examination and Detention Hearing, which were set for September 30, 2021 at 9:00 a.m. At that hearing, the Court ordered Defendant to be temporarily detained pending outcome of the aforementioned hearings.

4. On today's date, counsel met with Defendant by video and observed significant confusion on the part of Defendant.

5. Subsequently, counsel contacted Defendant's daughter, Sonya Colon, who was Defendant's caretaker prior to his arrest on September 24, 2021. Ms. Colon, who is a

licensed nurse, advised that Defendant suffers from hepatic encephalopathy which severely impairs Defendant's cognition and insight. Ms. Colon advised that prior to his arrest, Defendant lacked the capacity to understand and manage his health conditions, of which there are many, and that Defendant at times loses his ability to speak, has balance issues and suffers from incontinence.

6. Ms. Colon advised that Defendant was receiving various types of medical care and that she had scheduled an MRI and a neurology consultation due to Defendants' cognitive impairments.

7. Counsel seeks additional time to gather Defendant's medical records and to assess the need for a competency evaluation.

8. The Government does not oppose this Motion.

WHEREFORE, the Defendant respectfully requests the Court to continue the Preliminary Examination and Detention Hearing set for September 30, 2021.

| | |
|---|---|
| Dated: September 29, 2021 | Respectfully submitted,<br><br>/s/Heather Gonzales, Esq.<br>Attorney for Defendant<br>Assistant Federal Public Defender<br>P.O. Box 595<br>Portland, Me 04112-0595<br>207-553-7070<br>FAX: 553-7017<br>Heather_gonzales@fd.org |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused notice of the foregoing **Unopposed Motion to Continue** to be served on the following party via the CM/ECF electronic filing system:

Shelia Sawyer, A.U.S.A.
Office of the United States Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

Dated: September 29, 2021    /s/ Heather Gonzales
                 Attorney for Defendant