UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES )<br>)<br>v.           )<br>)<br>RUBEN COLON )  | CRIMINAL NO. 2:21-mj-250-JHR |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
PRELIMINARY EXAMINATION AND DETENTION HEARING**

Defendant Ruben Colon, through his counsel Heather Gonzales, Esq., MOVES to continue the Preliminary Examination and Detention Hearing set for October 14, 2021 at 11:30 a.m. As grounds for his Motion, Defendant states:

1. Defendant is charged by Complaint with one count of Failure to Register violation of 18 U.S.C. § 2250(a).

2. Defendant is 67 years old.

3. Defendant's initial appearance was held on September 27, 2021, at which time the Defendant requested a Preliminary Examination and Detention Hearing, which were set for September 30, 2021 at 9:00 a.m. At the conclusion of the Initial Appearance, the Court ordered Defendant to be temporarily detained pending the outcome of the pending hearings.

4. After meeting with Defendant following his Initial Appearance, counsel filed an unopposed motion to continue the pending hearings due to concerns about Defendant's competency to proceed, which was granted. (ECF ## 14,15)

1

5. Counsel continues to have significant concerns about Defendant's competency and is in the process of arranging a competency evaluation at the Cumberland County Jail where Defendant is detained.

6. Counsel seeks to continue the pending hearings until an evaluation and report concerning competency have been completed.

7. The Government does not oppose this Motion.

WHEREFORE, the Defendant respectfully requests the Court to continue the Preliminary Examination and Detention Hearing set for October 14, 2021.

Dated:  October 12, 2021                                                Respectfully submitted,

/s/Heather Gonzales, Esq.
Attorney for Defendant
Assistant Federal Public Defender
P.O. Box 595
Portland, Me 04112-0595
207-553-7070
FAX: 553-7017
Heather_gonzales@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused notice of the foregoing **Unopposed Motion to Continue** to be served on the following party via the CM/ECF electronic filing system:

Shelia Sawyer, A.U.S.A.
Office of the United States Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

Dated: October 12, 2021	/s/ Heather Gonzales
	Attorney for Defendant